# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DARNELL BRYANT, | CASE NO. 1:10-cv-00785-OWW-SKO PC |
| Plaintiff, | ORDER DISMISSING ACTION AS DUPLICATIVE OF CASE NUMBER 1:10-CV-00600-SKO PC |
| v. | |
| A. SELLS, et al., | (Doc. 1) |
| Defendants. | |
| _____/ | |

This action was filed on April 16, 2010, in the Central District of California by Plaintiff Kevin Darnell Bryant, a state prisoner proceeding pro se, and the case was transferred to this court on April 26, 2010. A review of court records reveals that this action is duplicative of case number 1:10-cv-00600-SKO PC Bryant v. Sells, et al., which was filed on April 7, 2010.

In as much as the complaints are identical, this case, as the latter-filed one, is HEREBY ORDERED DISMISSED as duplicative.[1]

IT IS SO ORDERED.

**Dated:   May 9, 2011            /s/ Oliver W. Wanger**
                                    UNITED STATES DISTRICT JUDGE

---

[1] On November 12, 2010, the Court dismissed Plaintiff's complaint in case number 1:10-cv-00600-SKO PC with leave to amend, and the action was dismissed on November 17, 2010, following receipt of Plaintiff's notice of voluntary dismissal.